IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00038-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   AGUSTIN AGUIRRE-RAMIREZ,
     a/k/a "Los Simbolos" "Alonso Valdivia" "Cisco"
2.   ISAIAS DAVID RENTERIA-PEREZ,
     a/k/a "Isaias"
3.   HERNAN GASTELUM,
4.   JORGE ALFREDO GUIJARRO,
     a/k/a "Tarta"
5.   JESUS GOMEZ-VALDIVIA,
     a/k/a "El Sereno" "Nephew"
6.   MANUEL LUNA,
     a/k/a "Bolas"
7.   LUIS REYNOSO-RODRIGUEZ,
     a/k/a "Nephew" "Francisco Rodriguez-Hernandez"
8.   JAIME QUINTERO-GIL,
     a/k/a "Paisa"
9.   FNU LNU,
     a/k/a "PARIENTE"
10.  PEDRO SANCHEZ,
11.  JIM GONZALES,
12.  JESUS ALFONSO URIAS-BOJORQUEZ,
13.  JESUS SALAZAR-ORDONEZ,
14.  RAMONA ROMAN,
     a/k/a "Romo"
15.  AGUSTIN SOLORIO-MENDEZ,
     a/k/a "Guero"

    Defendants.

## ORDER TO RESTRICT CASE

The Court has for consideration the Government's Motion to Restrict Indictment, and Arrest Warrants wherein the Government asks this Court to seal the above reference case,

including the Indictment and Arrest Warrants in this case, as well as the Government's Motion to Restrict, and any order issued with regard to the Motion. Upon consideration,

IT IS ORDERED that the above reference case, including the Government's Motion to Restrict, this Order, the Indictment and Arrest Warrants, as well as any order issued by this Court in disposition of the Indictment are hereby restricted until the arrest of the first defendant in this case.

IT IS SO ORDERED on this 21 day of January, 2012.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO